# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DAMON LAMONT WHEELER,**

        **Plaintiff,**

v.                                                                     Case No: 23-1029-JWB

**THE EIGHTEENTH JUDICIAL DISTRICT,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order filed March 27, 2023, the court ADOPTS the Report of the magistrate judge as the findings and conclusions of this court.  Accordingly, Plaintiff's complaint (Doc. 1) is DISMISSED.

    <u>March 27, 2023</u>                          SKYLER B. O'HARA
        Date                                     CLERK OF THE DISTRICT COURT

                                                by:  <u>s/ Joyce Roach</u>
                                                      Deputy Clerk